UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2018

SEAN F. McAVOY, CLERK

RICARDO OLIVERA SILVA,

    Plaintiff,

v.

ED W CAMPBELL, Director of Yakima County Department of Corrections; SCOTT HIMES, Chief of the Yakima County Department of Corrections; YAKIMA COUNTY,

    Defendants.

No. 1:17-CV-03215-SMJ

**ORDER GRANTING LEAVE TO AMEND ANSWER**

Before the Court, without oral argument, is Defendants' Motion to Amend/Correct Answer, ECF No. 29. Federal Rule of Civil Procedure 15(a)(2) provides that a party seeking to amend a pleading on a date more than 21 days after the initial pleading was filed may do so only with opposing party's written consent or the court's leave. The rule instructs that the "court should freely give leave when justice requires." *Id.* "The more common reasons for denying leave to amend are that the amendment will result in undue prejudice to the other party, is unduly delayed, is not offered in good faith, or that the party has had sufficient opportunity

ORDER - 1

to state a claim and has failed." *Komie v. Buhler Corp.*, 499 F.2d 644, 647–48 (9th Cir. 1971) (quoting 3 James Wm. Moore et al., Moore's Federal Practice ¶ 15.084).

Defendants assert that, in the process of responding to Plaintiff's discovery requests, Defendants reviewed the jail records of nearly five hundred people incarcerated in the Yakima County Jail since 2014. In so doing, Defendants assert that they determined that they had grounds to contest matters that they had previously admitted in their January 24, 2018 answer. Defendants now move to amend their answer to reflect these changes.

Specifically, Defendants' proposed amended answer will include the following changes:

1. Answering the first sentence of paragraph 1 of the complaint, said sentence contains a general description of the plaintiff's lawsuit to which no response is required. To the extent a response is required, defendants deny the plaintiff's characterization of the defendants' policies and practices, ~~but~~ admit that plaintiff was unlawfully detained ~~after he posted bail,~~ and deny that plaintiff was unlawfully detained for two days after he posted bail. Answering the second sentence of paragraph 1 of the complaint, defendants deny the same. Answering the third sentence of paragraph 1 of the complaint, DHS Form I-200s and regulations governing DHS speak for themselves. Answering the fourth sentence of paragraph 1 of the complaint, ~~defendants deny plaintiff's characterization of the defendants' policies and practices but admit that plaintiff was entitled to immediate physical release after posting bail and that defendants' actions prevented plaintiff from being released from the Yakima County Jail~~ defendants deny the same.
2. Answering first sentence of paragraph 2 of the complaint, said sentence contains a general description of the relief sought by the plaintiff in this lawsuit, to which no response is required. To the extent a response is required, defendants deny the plaintiff's characterization

ORDER - 2

of the defendants' policies and practices and further deny that the plaintiff is entitled to the declaratory relief sought. Answering the second sentence of paragraph 2 of the complaint, defendants deny the same. Answering the third sentences of paragraph 2 of the complaint, ~~defendants admit only that defendants' actions violated the plaintiff's rights under the Fourth Amendment to the United States Constitution, and deny each and every other allegation of said sentence~~ defendants deny the same.

The Court finds that good cause exists to grant Defendants' motion for leave to amend the answer. Because this matter is still in its early stages, the proposed amendments, though substantial, will not prejudice Plaintiff. Defendants brought the motion promptly, and the discovery and dispositive motion deadlines are several months away. Moreover, it does not appear to the Court that the motion is motivated by bad faith.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Amend/Correct Answer, **ECF No. 29**, and related motion to expedite, **ECF No. 30**, are **GRANTED**. Defendants shall file an amended answer consistent with ECF 29-1 no later than April 20, 2018.

2. In light of the changed pleadings, Plaintiff's pending motion for partial summary judgment, **ECF No. 20**, and all dates and deadlines associated with that motion, are **STRICKEN**. Plaintiff may file dispositive motions any time before the dispositive motion deadline.

ORDER - 3

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2    provide copies to all counsel.

3    **DATED** this 18th day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge