# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 24, 2018**

SEAN F. McAVOY, CLERK

Ricardo Olivera Silva

*Plaintiff*

v.

Ed W Campbell, Director of Yakima County Department of Corrections; Scott Himes, Chief of the Yakima County Department of Corrections; Yakima County

*Defendant*

Civil Action No. 1:17-cv-03215-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:

Judgment is entered for Plaintiff in the amount of $10,000.00, with $141,986.70 in attorneys' fees and $4,928.50 in costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. _____ on Plaintiff Ricardo Olivera Silva's Notice of Acceptance of Defendants' Offer of Judgment, ECF No. 43.

Date: 9/24/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler